09-3174-pr
Adekoya v. Federal Bureau of Prisons

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of June, two thousand ten.

PRESENT:

> JOSEPH M. McLAUGHLIN,
> GUIDO CALABRESI,
> DEBRA ANN LIVINGSTON,
> *Circuit Judges.*

_____

PRINCE A.Z.K. ADEKOYA II, also known as PRINCE KAYODE ADEKOYA,

> *Plaintiff-Appellant,*

> v.                                          09-3174-pr

FEDERAL BUREAU OF PRISONS, (B.O.P.) United States of America, MARVIN D. MORRISON, Former Warden, Metropolitan Correctional Center, New York, JAMES CROSS, Warden, Metropolitan Correctional Center, New York, DR. BAZERMAN, Former Chief Psychologist, Metropolitan Correctional Center, New York, DR. LIBRATI, Psychologist/DAP, Metropolitan Correctional Center, New York, DR. IMERI, Inmate Companion Program Coordinator, Metropolitan Correctional Center,

**New York, DR. RYAN, Forensic Psychologist, Metropolitan Correctional Center, New York, RUFUS WILLIAMS, Former Captain, Metropolitan Correctional Center, New York, M. WALKER, Lieutenant, Metropolitan Correctional Center, New York,**

*Defendants-Appellees.*

_____

**FOR PLAINTIFF-APPELLANT:** Prince A.Z.K. Adekoya II, *pro se*, New York, NY.

**FOR DEFENDANTS-APPELLEES:** Brandon H. Cowart, Assistant United States Attorney (Sarah S. Normand, Assistant United States Attorney, *on the brief*), *for* Preet Bharara, United States Attorney for the Southern District of New York, New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Buchwald, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED.**

Appellant Prince A.Z.K. Adekoya II, proceeding *pro se*, appeals the district court's dismissal of his claims under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671 *et seq*. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

This Court reviews *de novo* a district court's dismissal of a complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), accepting as true the factual allegations in the complaint and drawing all reasonable inferences in the plaintiff's favor. *See Macias v. Zenk*, 495 F.3d 37, 40 (2d Cir. 2007); *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006). In addition, we review *de novo* a district court's ruling on whether a plaintiff has exhausted his administrative remedies as required by the Prison Litigation Reform Act ("PLRA"). *Ortiz v. McBride*, 380 F.3d 649, 653 (2d Cir. 2004).

Here, an independent review of the record and relevant case law reveals that the district court properly dismissed Adekoya's claims as unexhausted under the exhaustion requirements of the FTCA and the PLRA. We affirm for substantially the same reasons stated by the district court in its thorough June 18, 2009 order.

We have considered all of Appellant's arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3